IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIA B. GIOVANNETTI,<br>　　　　Plaintiff, | :<br>:<br>: |
| v. | :　No.: 1:17-cv-01787-JEJ<br>:　(Judge Jones) |
| COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF CORRECTIONS;<br>and<br>JOHN E. WETZEL,<br>Secretary, Pennsylvania Department<br>of Corrections | :<br>:<br>:<br>:<br>:<br>: |
| 　　　　Defendants. | :　JURY TRIAL DEMANDED |

## ORDER

AND NOW, on this __10th__ day of __October__, 2018, in consideration of Plaintiff's Motion to Extend Case Management Deadlines, the motion is GRANTED.

IT IS ORDERED that the following Case Management Deadlines are extended as stated below:

1. The case shall be moved from the April 2019 trial list to the November 2019 trial list.

2. Final date for joining additional parties: change from April 6, 2018 to December 7, 2018.

3. Final date for amending pleadings: change from May 4, 2018 to January 4, 2019.

4. All fact discovery commenced in time to be completed by: change from September 28, 2018 to May 31, 2019.

5. All potentially dispositive motions should be filed by: change from November 1, 2018 to July 1, 2019

6. Reports from retained experts due:

    a. Plaintiff's by 45 days prior to close of discovery.

    b. Defendants by 15 days prior to close of discovery.

7. Supplementations due: 30 days following initial expert report.

8. All expert discovery commenced in time to be completed by: 30 days following close of discovery.

9. Date for final Pretrial Conference: change from March 1, 2019 to October 1, 2019

10. Date for Trial: change from April 2, 2019 to November 4, 2019.

_____
Judge